```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 13-62 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE TO MAY 23,** |
| v. | ) **2013, AT 9:00 A.M.** |
| | ) |
| SALVADOR GARCIA-CONTRERAS, | ) Date: April 11, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Nirav K. Desai, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Salvador Garcia-Contreras, that the Court should vacate the status conference scheduled for April 11, 2013, at 9:00 a.m., and reset it for May 23, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to consult with Mr. Garcia, and to conduct investigation.

The parties further stipulate that the Court should exclude the period from the date of this order through May 23, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1

parties stipulate that the ends of justice served by granting Mr. Garcia's request for a continuance outweigh the best interest of the public and Mr. Garcia in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: April 10, 2013         Respectfully submitted,

                              JOSEPH SCHLESINGER
                              Acting Federal Defender

                              /s/ M.Petrik
                              _____
                              MICHAEL PETRIK, Jr.
                              Assistant Federal Defender


Dated: April 10, 2013         BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ M.Petrik for
                              _____
                              NIRAV K. DESAI
                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued to May 23, 2013, at 9:00 a.m. The Court orders time excluded from the date of this order through the status conference on May 23, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Date: April 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE