```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:13-cv-00062 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE TO** |
| v. | ) **JUNE 6, 2013, AT 9:00 A.M.** |
| SALVADOR GARCIA-CONTRERAS, | ) Date: May 23, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Nirav K. Desai, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Salvador Garcia-Contreras, that the Court should vacate the status conference scheduled for May 23, 2013, at 9:00 a.m., and reset it for June 6, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, and to consult with Mr. Garcia.

The parties further stipulate that the Court should exclude the period from the date of this order through June 6, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr.

Stipulation and [Proposed] Order                1                              13-62 MCE

Garcia's request for a continuance outweigh the best interest of the public and Mr. Garcia in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: May 21, 2013                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

Dated: May 21, 2013                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for
                                       _____
                                       NIRAV K. DESAI
                                       Assistant U.S. Attorney

**ORDER**

In accordance with the foregoing stipulation, the Court orders that the status conference in this matter be continued to June 6, 2013, at 9:00 a.m. The Court orders time excluded from the date of this order through the status conference on June 6, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Date: May 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT